

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00487-CV

Mary Alice **SAIZ**,
Appellant

v.

**SUSSER HOLDINGS CORPORATION** and Stripes LLC,
Appellees

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2012-02-28,530-CV
The Honorable Camile G. Dubose, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellees, Susser Holdings Corporation and Stripes LLC, recover their costs of this appeal from appellant, Mary Alice Saiz.

SIGNED March 11, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice